PROB 12
(3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN 24   AM 8: 06

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W.D. OF TN-JACKSON

**JANIE H. CARTER**                                   **Docket No. 1:01CR10068-002**

### Petition on Probation and Supervised Release

**COMES NOW Bobby E. Appleton**                , PROBATION   OFFICER   OF   THE   COURT
*presenting an official report upon the conduct and attitude of*       Janie H. Carter       *who   was   placed   on
supervision by the Honorable*       James D. Todd       *sitting in the Court at*       Jackson, TN   ,   *on the*       13th       *day
of*   March  ,   2003  , *who fixed the period of supervision at*       three (3) years       ,   *and   imposed   the
general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:*

*The defendant shall participate as directed in a program (outpatient and/or inpatient) approved by the Probation Officer for
treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse.
Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined
reasonable by the Probation Officer.*

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
### (If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED MEMORANDUM.

**PRAYING THAT THE COURT WILL ORDER**   *the immediate issuance of a Supervised Release Violation Warrant.*

### ORDER OF COURT

*Considered and ordered this* 23 *Day
of* June *, 2005, and ordered filed
and made a part of the records in the above
case.*

_____
*Honorable James D. Todd,
Chief U.S. District Judge*

**Respectfully,**

*Bobby E. Appleton*
*Bobby E. Appleton
U.S. Probation Officer*

*Place: Jackson, TN
Date : June 15, 2005*

**This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   06-24-05**

'43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 143 in case 1:01-CR-10068 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT